IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BABAK NADERI,

     Plaintiff,                          CIV. NO. S-08-2081 FCD GGH PS

    vs.

LOS ANGELES PIERCE COLLEGE,

     Defendants.                     ORDER
_____/

        Defendant's amended motion to dismiss presently is calendared for hearing on April 2, 2009, as is plaintiff's motion for summary judgment. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motions. Accordingly, the court will not entertain oral argument, and will determine the motions on the record, including the briefing in support of and in opposition to the pending motions. See E.D. Cal. L.R. 78-230(h).

\\\\\
\\\\\
\\\\\
\\\\\
\\\\\

1

Accordingly, IT IS ORDERED that:

1. The April 2, 2009 hearing on the amended motion to dismiss, filed February 20, 2009, and the motion for summary judgment, filed February 25, 2009, is vacated; and

2. The motions are submitted on the record.

DATED: March 30, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH:076:Naderi2081.vac.wpd